AMELIA F. VALERY, Respondent, v. ALLIED FIRE INSURANCE COMPANY OF UTICA, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs. The reversal and dismissal of the complaint

are based upon the breach of a warranty or material representation as to unincumbered title. (*Hubbard* v. *Ohio Farmers Ins. Co.*, 224 App. Div. 249.) We are also of the opinion that the finding of title in the plaintiff was against the weight of the evidence. All concur; Edgcomb, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE MORRIS, Respondent, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, Appellant.— Order affirmed. All concur; Edgcomb, J., not sitting.